Exhibit G

Claim Chart For Claim 1 of
U.S. Patent No. 10,695,641

| **Claim 1 of U.S. Patent No. 10,695,641** |||
|---|---|---|
| **Element No.** | **Patent Claim** | **Accused Device (Speed Trap 2.0)** |
| 1. | A golf training aid for practicing swings with an iron and with a driver, the golf training aid comprising: | [Image: Screenshot of "FREQUENTLY ASKED QUESTIONS" section from eyelinegolf.com, with highlighted text referencing "driver," "iron shots," and "drivers." The expanded FAQ states: "The 2.0 is wider at the front opening to allow a bigger distance between the rods for varied skill levels and this makes it easier for lower shaft angles like the driver. The slot in the middle is deeper and wider for more forgiving iron shots. The 2.0 version also includes tethers that attach the rods to the base when they are hit. No chasing of the rods! Still uses an unbreakable polycarbonate base." And: "Yes, the Speed Trap 2.0 has a wider slot to better accommodate drivers."] [1] |
| 1[A] | a U-shaped base having a first arm and a second arm parallel to the first arm, | [Image: Photograph of the Speed Trap 2.0 device on grass with red arrows and labels pointing to "Open Interior," "Second Arm," "First Arm," and "U-shaped base."] |

---

[1] https://eyelinegolf.com/collections/swing-aids/products/speed-trap  FAQ Section.

| Claim 1 of U.S. Patent No. 10,695,641 |||
|---|---|---|
| Element No. | Patent Claim | Accused Device (Speed Trap 2.0) |
| 1[B] | the first arm and second arm being connected at a connecting portion to form a U-shaped structure having an open interior between the first arm and the second arm so that when the base is placed on the ground, the ground is exposed within the open interior, | (image of Speed Trap 2.0 with labels: Open Interior, Second Arm, First Arm, U-shaped base) |

|  | | |
|---|---|---|
| **Claim 1 of U.S. Patent No. 10,695,641** | | |
| **Element No.** | **Patent Claim** | **Accused Device (Speed Trap 2.0)** |
| 1[C] | and a plurality of poles, each pole having a base selectively attachable to the U-shaped base, | *(image: accused device with arrows labeling four "pole" components and "selective attachment (Velcro)")* |
| 1[D] | wherein the U-shaped base includes a target line, a pair of external pole-positioning lines, and a pair of interior pole-positioning lines inside and parallel to the external pole-positioning lines, | *(image: accused device base with arrows labeling "Target line", "Interior line", and "Exterior line")* |

| Claim 1 of U.S. Patent No. 10,695,641 |||
|---|---|---|
| Element No. | Patent Claim | Accused Device (Speed Trap 2.0) |
| 1[E] | whereby the poles are attachable to the U-shaped base along the interior pole-positioning lines when swings with an iron are to be practiced and wherein the poles are attachable to the U-shaped base along the exterior pole-positioning lines when swings with a driver are to be practiced. | **Poles Attachable to U-Shaped Base with Velcro**<br><br>**SETUP**<br>**Install the Tethers**<br>Squeeze the Velcro end of the rod.<br>Push the loop of the tether over the rod. This is a tight fit!<br><br>**Attach Tethers to Base**<br>Slide the "knob" end of the tethers into the slots in front of the velcro.<br>Listen for the "click" to know it is firmly in place.<br><br>**Attach Rods for Training**<br>Firmly push the velcro end of the rod onto the velcro strip on the base.<br>Rotate or move the rods to your desired training width and direction.<br><br>*Figure 1 - Speed Trap 2.0 Setup Guide* |

| Claim 1 of U.S. Patent No. 10,695,641 |||
|---|---|---|
| Element No. | Patent Claim | Accused Device (Speed Trap 2.0) |
| | | **Poles attachable along Exterior and Interior Pole-Positioning Lines**<br><br>[Photograph of Speed Trap 2.0 device with annotations: "Poles attached along the exterior pole positioning line", "Exterior Pole Positioning Line", "Poles attached along the exterior pole positioning line", "Poles attached along the interior pole positioning line", "Interior Pole Positioning line", "Poles attached along the interior pole positioning line"] |

| Claim 1 of U.S. Patent No. 10,695,641 |||
|---|---|---|
| Element No. | Patent Claim | Accused Device (Speed Trap 2.0) |
| | | **Speed Trap 2.0 Used With Irons and Drivers – Every Club**<br><br>**Speed Trap 2.0 with Driver.**[2]<br><br>**Speed Trap 2.0 - Iron**[3] |

---

[2] Speed Trap 2.0 product photo from https://eyelinegolf.com/products/speed-trap last visited on 5 October 2022.

[3] *Id.*

# SPEED® TRAP 2.0

EYELINE GOLF

QUICK START GUIDE



## SETUP

### Install the Tethers
Squeeze the Velcro end of the rod.

Push the loop of the tether over the rod. This is a tight fit!



### Attach Tethers to Base
Slide the "knob" end of the tethers into the slots in front of the velcro.

Listen for the "click" to know it is firmly in place.



### Attach Rods for Training
Firmly push the velcro end of the rod onto the velcro strip on the base.

Rotate or move the rods to your desired training width and direction.



## QUICK START GUIDE

Let's get off to a successful start with the Speed Trap 2.0.

Start with easy attempts to get comfortable. Move forward with difficulty until you find your challenge.

### Use only the base
Begin with the base only. Let yourself adjust to a new view of the target. Make some swings to just hit the ground in the middle of the slot. Start with slow, partial swings. Aim for slow swings that just brush the turf... then move on!



### Add a tee
Let's add a target - put a tee in the turf. Make slow, partial swings hitting the tee. Increase speed and swing length. Stay with this drill until it seems easy, then move on.



### Add a Ball!



### Add the Rods
Let's bring in the challenge you've been waiting for - the brilliant, red, training rods! Start easy, then make them as difficult as your skill allows... improvement awaits!

Start with one or two rods. Put them in the front, and as wide as possible. Begin with no ball, just a tee - make slow, partial swings. Increase your speed and length. Here we go!



### Add the Ball
And now, the moment you've been waiting for... add the ball and tee it up (for now). Make slow, partial swings. Focus on good contact with the ball- missing the rods. Increase speed and swing length. Stay with this drill until it seems easy... then move on.



### Full Speed Training
You are ready to train for improvement! Begin full speed training with a mid-iron. Make full swings at full speed. Tighten the rod spacing to fit your skill level. Add the back rods when you feel ready. Well done!!



Find Great Video Clips to Get the Most Out of Your New Speed Trap 2.0 at www.speedtrapgolf.com
www.EyeLineGolf.com

## USING THE RODS - FIT YOUR CURRENT SKILL

The rods are a fun challenge for sure, but success creates more success and that is our goal. The rods are adjustable, so make them fit your current skill set. Find success, then tighten them to your courage level!

### Rods Tilted Outward
Turn the rods out to give you the widest margin of error. Even if you tighten the width, the view will still seem wider when turned out.



### Rods Tilted Forward
Turning the rods forward gives a little more clearance for the shaft to swing through. It is helpful for flatter lie-angle clubs like woods and long irons.



### Rods Tilted Toward Body
Start with only the front rods. Make good swings and begin reducing the width of the rods. Find success first, then make it more challenging. Bigger clubs, the driver for instance, need wider margins. You are building a reliable swing!



## USING THE SPEED TRAP AROUND THE GREEN

Crisp contact is important around the green. The Speed Trap 2.0 is your guide. Adjusting the ball position will change the spin and trajectory.

### Chips
A well-executed chip shot saves a lot of strokes. It demands solid contact and accurate direction. Move the ball back for more backspin, and forward for more roll.



### Pitches
High, soft pitches that land dead are useful and beautiful. Push the ball position a little forward. Sweep the club through the ball with a less descending strike. The Speed Trap prevents the hands from "scooping" the ball into the air.



### Bunkers: Green & Fairway
Bunkers can be intimidating. The Speed Trap helps you miss the base, hit the sand. Move ball position forward for green side explosion shots or ball position back a little for fairway bunker play. You'll be amazed!



## USING THE RODS - FADES AND DRAWS

The rod pattern that prevents the slice is the same one that creates a draw ball flight.

Let's take a look at the setup and drills below.

### Cause of Slices & Hooks

There are a lot of theories about creating ball flight. Let's keep it simple: It is ultimately about spin. If the ball spins right-to-left, it will move right-to-left in the air.

A square club face at impact, and a slightly inside-out path will create this draw spin. The Speed Trap is your guide.



### Cure the Slice, Hit a Draw

Is your slice making you crazy? Let's fix it ... fast!

Set the rods up like this:
Set your feet "closed" to the target line and the club face square to the target. Make swings between the rods.

Start with a tee, then a ball.

You got this!



DRAW

### Stop the Hook, Hit a Fade

Set the rods up like this, to let the club swing a little outside-in.

Set your feet "open" to the target line and the club face square to the target. Make swings between the rods.

The ball will spin left to right and create the fade.

The more severe the stance, the more the ball will curve.



FADE

Find Great Video Clips to Get the Most Out of Your New Speed Trap 2.0 at www.speedtrapgolf.com
www.EyeLineGolf.com